United States District Court
Southern District of Texas
**ENTERED**
February 22, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHRISTOPHER CHRISTIE, *et al.*, § § | |
| Plaintiffs. § § | |
| V. § | CIVIL ACTION NO. 4:22-cv-01517 |
| § § | |
| CAPITAL ONE AUTO FINANCE, § § | |
| Defendant. § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On January 22, 2024, Defendant's Motion to Dismiss (Dkt. 14) was referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(B). Dkt. 21. Judge Edison filed a Memorandum and Recommendation on January 29, 2024, recommending the motion be **GRANTED**. Dkt. 22.

On February 12, 2024, Plaintiff Christopher Christie filed his Objections. Dkt. 25. In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the Objections; the Memorandum and Recommendation; the pleadings; and the record. The Court **ACCEPTS** Judge Edison's

Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 22) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court; and

(2) Defendant's Motion to Dismiss (Dkt. 14) is **GRANTED**; and

(3) This case is dismissed.

It is so **ORDERED**.

SIGNED and ENTERED this 22nd day of February 2024.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE